# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MARTIN VILLEGAS,<br><br>            Defendant. | Case No.: 13CR2578-L<br><br>**JUDGMENT OF DISMISSAL AND ORDER ON THE MOTION THEREON** |
|---|---|

IT APPEARING that defendant MARTIN VILLEGAS is now entitled to be discharged for the reason that a Superseding Information has been filed in related Criminal Case No. 13CR2946-L against defendant MARTIN VILLEGAS, and that defendant MARTIN VILLEGAS has pleaded guilty to such Superseding Information.  Therefore, IT IS HEREBY ORDERED that the Court grants the motion of the Government for dismissal of the Information in this case, without prejudice.

DATED:  January 23, 2014

_____
M. James Lorenz
United States District Court Judge